**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA LYNNE MURPHY, | No. C 13-02820 WHA |
| Plaintiff, | |
| v. | **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |
| THE BANK OF NEW YORK MELLON, *et al.*, | |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), this order refers the above-captioned action to Judge Jon Tiger to determine whether it is related to *Theresa Murphy v. Bank of New York Mellon, et al.*, Nos. 13-cv-2424 and 13-cv-2752.

**IT IS SO ORDERED.**

Dated: June 19, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE