PHILIP A. MCLEOD, CASB No. 101101
IAN ROSS, CASB No. 284842
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California  94133
Telephone:    (415) 398-6000
Facsimile:    (415) 981-0136

Attorneys for Defendants THE BANK OF NEW YORK MELLON, formerly known as the Bank of New York, as successor-in-interest to JPMorgan Chase Bank, N.A., as trustee for Bear Stearns Asset Backed Securities, Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2006-2, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and MERSCORP HOLDINGS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA LYNNE MURPHY,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>THE BANK OF NEW YORK MELLON AS TRUSTEE, FOR CERTIFICATE HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II., INC., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-2; f/k/a THE BANK OF NEW YORK AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE, FOR BEAR STEARNS ASSET BACKED SECURITIES, BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-2; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR PRO$_{30}$ FUNDING, A CALIFORNIA CORPORATION; MERSCORP HOLDINGS, INC.; THE WOLF FIRM, A LAW CORPORATION; and all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest, in the Property adverse to Plaintiffs' title or any cloud on Plaintiffs' title; and Does 1-100 Inclusive,<br><br>　　　　　　　Defendants. | Case No. CV-13-02820-JST<br><br>**STIPULATION TO ENLARGE PLAINTIFF'S TIME TO RESPOND TO THE MOTION TO DISMISS**<br><br>[Filed concurrently with Declaration of Ian Ross; Proposed Order]<br><br>Date:   August 29, 2013<br>Time:   2:00 p.m.<br>Place:  Courtroom 9<br>Judge:  Hon. Jon S. Tigar<br><br>[Civil Local Rules 6-1 and 6-2] |

- 1 -   KYL_SF605547
STIPULATION TO ENLARGE PLAINTIFF'S TIME TO RESPOND TO THE MOTION TO DISMISS - Case No. CV-13-02820-JST

1  Plaintiff THERESA LYNNE MURPHY ("Plaintiff") and Defendants THE BANK OF
2  NEW YORK MELLON, formerly known as the Bank of New York, as successor-in-interest to
3  JPMorgan Chase Bank, N.A., as trustee for Bear Stearns Asset Backed Securities, Bear Stearns ALT-
4  A Trust, Mortgage Pass-Through Certificates, Series 2006-2 ("BNY Mellon") (sued erroneously as
5  "The Bank of New York Mellon as trustee, for Certificate Holders of Structured Asset Mortgage
6  Investments II., Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2006-2;
7  f/k/a The Bank of New York as successor to JPMorgan Chase Bank, N.A., as trustee, for Bear Stearns
8  Asset Backed Securities, Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series
9  2006-2"), MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), and
10 MERSCORP HOLDINGS, INC. ("MERSCORP") (collectively "Defendants"), by and through their
11 respective counsel of record, hereby stipulate as follows:
12   1.  WHEREAS Plaintiff filed her Complaint on June 19, 2013 in the above-entitled
13 Court;
14   2.  WHEREAS the Court issued an Order Denying Motion for Preliminary
15 Injunction and Order to Show Cause ("OSC") on July 12, 2013;
16   3.  WHEREAS the OSC requires Plaintiff to file a written submission that shows
17 why this action should not be dismissed for lack of subject matter jurisdiction on or before August 12,
18 2013;
19   4.  WHEREAS Defendants filed a Motion to Dismiss on July 12, 2013;
20   5.  WHEREAS pursuant to Civil Local Rule 7-3(a), Plaintiff must file an
21 opposition to Defendants' Motion to Dismiss on or before July 26, 2013;
22   6.  WHEREAS pursuant to Civil Local Rule 7-3(c), Defendants must file a reply in
23 support of their Motion to Dismiss on or before August 2, 2013;
24   7.  WHEREAS a hearing on Defendants' Motion to Dismiss is scheduled for
25 August 29, 2013; and
26   8.  WHEREAS in light of the OSC, Plaintiff and Defendants believe it would be
27 prudent to enlarge the time for filing an opposition and a reply vis-à-vis Defendants' Motion to
28 Dismiss.

## **STIPULATION**

IT IS THEREFORE STIPULATED AND AGREED, by and among Plaintiff and Defendants that:

1. Plaintiff may have until August 16, 2013 to file an opposition to Defendants' Motion to Dismiss.

2. Defendants may have until August 23, 2013 to file a reply in support of Defendants' Motion to Dismiss.

DATED: July 18, 2013   /s/Theresa L. Murphy
THERESA LYNNE MURPHY
Plaintiff in Pro Per

DATED: July 18, 2013   /s/Ian R. Ross
PHILIP A. MCLEOD
IAN ROSS
KEESAL, YOUNG & LOGAN
Attorneys for Defendants THE BANK OF NEW YORK MELLON, formerly known as the Bank of New York, as successor-in-interest to JPMorgan Chase Bank, N.A., as trustee for Bear Stearns Asset Backed Securities, Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2006-2, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC, and MERSCORP HOLDINGS, INC.

APPROVED
Judge Jon S. Tigar
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Dated: July 19, 2013

- 3 -   KYL_SF605547
STIPULATION TO ENLARGE PLAINTIFF'S TIME TO RESPOND TO THE MOTION TO DISMISS - Case No. CV-13-02820-JST