1  PHILIP A. MCLEOD, CASB No. 101101
   IAN ROSS, CASB No. 284842
2  KEESAL, YOUNG & LOGAN
   A Professional Corporation
3  450 Pacific Avenue
   San Francisco, California  94133
4  Telephone:     (415) 398-6000
   Facsimile:      (415) 981-0136
5
   Attorneys for Defendants THE BANK OF NEW YORK MELLON, formerly known as the Bank of
6  New York, as successor-in-interest to JPMorgan Chase Bank, N.A., as trustee for Bear Stearns Asset
   Backed Securities, Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2006-2,
7  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and MERSCORP HOLDINGS,
   INC.
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA LYNNE MURPHY,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>THE BANK OF NEW YORK MELLON AS TRUSTEE, FOR CERTIFICATE HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II., INC., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-2; f/k/a THE BANK OF NEW YORK AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE, FOR BEAR STEARNS ASSET BACKED SECURITIES, BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-2; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR PRO$_{30}$ FUNDING, A CALIFORNIA CORPORATION; MERSCORP HOLDINGS, INC.; THE WOLF FIRM, A LAW CORPORATION; and all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest, in the Property adverse to Plaintiffs' title or any cloud on Plaintiffs' title; and Does 1-100 Inclusive,<br><br>　　　　　　Defendants. | Case No. CV-13-02820-JST<br><br>**STIPULATION TO ENLARGE PLAINTIFF'S TIME TO RESPOND TO THE MOTION TO DISMISS**<br><br>[Filed concurrently with Declaration of Ian Ross; Proposed Order]<br><br>Date:   August 29, 2013<br>Time:  2:00 p.m.<br>Place:  Courtroom 9<br>Judge: Hon. Jon S. Tigar<br><br>[Civil Local Rules 6-1 and 6-2] |

Plaintiff THERESA LYNNE MURPHY ("Plaintiff") and Defendants THE BANK OF NEW YORK MELLON, formerly known as the Bank of New York, as successor-in-interest to JPMorgan Chase Bank, N.A., as trustee for Bear Stearns Asset Backed Securities, Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2006-2 ("BNY Mellon") (sued erroneously as "The Bank of New York Mellon as trustee, for Certificate Holders of Structured Asset Mortgage Investments II., Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2006-2; f/k/a The Bank of New York as successor to JPMorgan Chase Bank, N.A., as trustee, for Bear Stearns Asset Backed Securities, Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2006-2"), MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), and MERSCORP HOLDINGS, INC. ("MERSCORP") (collectively "Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

1. WHEREAS Plaintiff filed her Complaint on June 19, 2013 in the above-entitled Court;

2. WHEREAS the Court issued an Order Denying Motion for Preliminary Injunction and Order to Show Cause ("OSC") on July 12, 2013;

3. WHEREAS the OSC requires Plaintiff to file a written submission that shows why this action should not be dismissed for lack of subject matter jurisdiction on or before August 12, 2013;

4. WHEREAS Defendants filed a Motion to Dismiss on July 12, 2013;

5. WHEREAS pursuant to Civil Local Rule 7-3(a), Plaintiff must file an opposition to Defendants' Motion to Dismiss on or before July 26, 2013;

6. WHEREAS pursuant to Civil Local Rule 7-3(c), Defendants must file a reply in support of their Motion to Dismiss on or before August 2, 2013;

7. WHEREAS a hearing on Defendants' Motion to Dismiss is scheduled for August 29, 2013; and

8. WHEREAS in light of the OSC, Plaintiff and Defendants believe it would be prudent to enlarge the time for filing an opposition and a reply vis-à-vis Defendants' Motion to Dismiss.

**STIPULATION**

IT IS THEREFORE STIPULATED AND AGREED, by and among Plaintiff and Defendants that:

1. Plaintiff may have until August 16, 2013 to file an opposition to Defendants' Motion to Dismiss.

2. Defendants may have until August 23, 2013 to file a reply in support of Defendants' Motion to Dismiss.

DATED: July 18, 2013                /s/Theresa L. Murphy_____
                                    THERESA LYNNE MURPHY
                                    Plaintiff in Pro Per

DATED: July 18, 2013                /s/Ian R. Ross_____
                                    PHILIP A. MCLEOD
                                    IAN ROSS
                                    KEESAL, YOUNG & LOGAN
                                    Attorneys for Defendants THE BANK OF NEW YORK MELLON, formerly known as the Bank of New York, as successor-in-interest to JPMorgan Chase Bank, N.A., as trustee for Bear Stearns Asset Backed Securities, Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2006-2, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and MERSCORP HOLDINGS, INC.

*APPROVED*
*Judge Jon S. Tigar*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated: July 19, 2013