UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THERESA LYNNE MURPHY,<br><br>    Plaintiff,<br><br>    v.<br><br>THE BANK OF NEW YORK MELLON, et al.,<br><br>    Defendants. | Case No. 13-cv-02820-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 26 |
|---|---|

A hearing on Defendants' motion to dismiss is scheduled for August 29, 2013. As the hearing is suitable for determination without oral argument, the hearing is VACATED. See Civil L.R. 7-1(b).

**IT IS SO ORDERED.**

Dated: August 23, 2013

_____
JON S. TIGAR
United States District Judge